DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. McCree<br><br>Case below:<br>160 N.C. App. 19 | No. 522P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-796)<br><br>2. Def's PDR | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| State v. Peak<br><br>Case below:<br>156 N.C. App. 699 | No. 443P03 | Def's PWC to Review the Decision of the COA (COA02-801) | Denied |
| State v. Pittman<br><br>Case below:<br>153 N.C. App. 525 | No. 544P03 | 1. Def's PWC to Review the Decision of the COA (COA02-384)<br><br>2. Def's Motion to Appoint Counsel | 1. Denied<br><br>2. Denied |
| State v. Poag<br><br>Case below:<br>159 N.C. App. 312 | No. 496P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-773)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Smith<br><br>Case below:<br>158 N.C. App. 747 | No. 407P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1089) | Denied |
| State v. Sneed<br><br>Case below:<br>161 N.C. App. 331 | No. 601PA03 | 1. AG's Motion for Temporary Stay (COA02-1746)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **11/25/03**<br><br>2. Allowed **11/25/03**<br><br>3. Allowed **11/25/03** |
| State v. Terrell<br><br>Case below:<br>160 N.C. App. 710 | No. 582P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-89) | Denied |
| State v. Whittington<br><br>Case below:<br>159 N.C. App. 468 | No. 512P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-818)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Williams<br><br>Case below:<br>159 N.C. App. 468 | No. 493P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-761) | Denied<br><br>**Orr, J., recused** |